UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.  No. 4:21-CV-00205-SPM |
| | ) |
| WASHINGTON UNIVERSITY IN | ) |
| ST. LOUIS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the court on its own motion. I have determined that I should not preside in this case because of a conflict of interest or an appearance of impropriety.

The Clerk of the District Court is hereby directed to refer this case to another judge by random selection.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 21st day of April, 2021.