UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>WASHINGTON UNIVERSITY,<br><br>    Defendant. | Case No.: 4:21-CV-00205-SRC |

## MOTION FOR WITHDRAWAL
## AND SUBSTITUTION OF COUNSEL

Matthew A. Martin of the law firm HAAR & WOODS, LLP hereby withdraws as counsel of record for Defendant Washington University.

Margaret N. Kuhlman of the law firm HAAR & WOODS, LLP hereby enters her appearance as counsel on behalf of Defendant Washington University in the above-captioned case.

Robert T. Haar and Lisa A. Pake of HAAR & WOODS, LLP remain as counsel on behalf of Defendant Washington University.

Dated:  September 8, 2021                              HAAR & WOODS, LLP

/s/ Matthew A. Martin
Robert T. Haar, #30044MO
Lisa A. Pake, #39397MO
Margaret N. Kuhlman, #42928MO
Matthew A. Martin, #64000MO
1010 Market Street, Suite 1620
St. Louis, Missouri 63101
(314) 241-2224
(314) 241-2227 (Facsimile)
roberthaar@haar-woods.com
lpake@haar-woods.com
pkuhlman@haar-woods.com
mmartin@haar-woods.com

2

        /s/ Margaret N. Kuhlman
Robert T. Haar, #30044MO
Lisa A. Pake, #39397MO
Margaret N. Kuhlman, #42928MO
HAAR & WOODS, LLP
1010 Market Street, Suite 1620
St. Louis, Missouri 63101
(314) 241-2224
(314) 241-2227 (Facsimile)
roberthaar@haar-woods.com
lpake@haar-woods.com
pkuhlman@haar-woods.com

*Attorneys for Defendant Washington University*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of September, 2021, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

        /s/ Matthew A. Martin